IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF ARKANSAS

JOSHUA HARDIN and OLGA HARDIN,
Individually, and as Parents, Next
Friends and Natural Guardians of
K.G.H., a Minor                                                                                   PLAINTIFFS

v.                                                 CASE NO.: 4:19-CV-767-JM

OSPREY CHILD SAFETY PRODUCTS, LLC
OSPREY PACKS, INC.                                                                        DEFENDANTS

## ORDER APPROVING MINOR SETTLEMENT

This matter came before the Court based upon the Plaintiffs' Petition for Appointment of Guardian Ad Litem and Approval of Minor Settlement. Based upon the Petition and the entire record in this matter the Court finds as follows:

1. Petitioners have, subject to the approval of the Court, negotiated a compromise settlement of a cause of action for personal injuries resulting from an accident occurring on or about August 28, 2017, in which K.G.H. allegedly received personal injuries.

2. The Court finds that the settlement is in the best interest of the minor child.

3. Pursuant to the settlement, future Periodic Payments will be made payable to K.G.H. after she reaches the age of majority. The Periodic Payments will be provided through a qualified assignment to Pacific Life & Annuity Services, Inc., (Assignee), within the meaning of Section 130(c) of the Internal Revenue Code of 1986, as amended, and the issuance of an annuity policy from Pacific Life Insurance Company, (Annuity Issuer), all as more fully described and in accordance with the terms and conditions of the Settlement Agreement and Release, which is hereby approved by the Court.

4.     The payee will be K.G.H.  She will be paid $14,872.72 per year, guaranteed for six years, beginning on October 30, 2034.  The final guaranteed payment will be due on October 30, 2039.

5.     There are no outstanding obligations to be conducted by Petitioners on behalf of the minor at this time.

6.     The Guardianship Ad Litem has reported on the settlement and believes that the settlement is in the best interests of the minor.  The Guardian Ad Litem is discharged of all further duties in this matter.

**IT IS, THEREFORE, CONSIDERED, ORDERED** and **ADJUDGED** by the Court that the Guardian Ad Litem is discharged of all further duties in this matter. The Court hereby approves the settlement of the claim of K.G.H. and hereby authorizes the Petitioners to execute the Release attached to the Petition for Approval of Guardian Ad Litem and Approval of Minor Settlement and such other documents necessary to effectuate the settlement. The Court dispenses with any bond and/or accounting requirements for the Petitioners and Mr. Denton.

**IT IS SO ORDERED.**

_____
HON. JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE


DATE: October 19, 2021