**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**JOSHUA HARDIN and OLGA HARDIN,**
**Individually and as Parents, Next**
**Friends and Natural Guardians of**
**K.G.H., a Minor**                                                              **PLAINTIFFS**


**v.**                                    **Case No: 4:19-cv-00767 JM**


**OSPREY CHILD SAFETY PRODUCTS, LLC**
**OSPREY PACKS, INC.**                                            **DEFENDANTS**


## ORDER

Pending is the parties' joint motion to dismiss with prejudice.  (Doc. No. 36).  For good cause shown, the motion is GRANTED.  The case is hereby dismissed with prejudice.

It is so ordered this 10th day of November, 2021.

_____
UNITED STATES DISTRICT JUDGE